UNITED STATES DISTRICT COURT
<u>EASTERN DISTRICT OF NEW YORK</u>

| | |
|---|---|
| Jovanni Rodriguez,<br><br>　　　　　　　　　Plaintiff(s),<br><br>　　　　v.<br><br>D & A Services, LLC of IL Bureaus Investment Group Portfolio No 15, LLC<br><br>　　　　　　　　　Defendant(s). | Case No: 2:21-cv-02249-FB-ARL<br><br>**NOTICE OF SETTLEMENT** |

　　　　NOW COMES Plaintiff(s), by and through counsel, to provide notice to the Court that the present cause has been settled between the parties, and states:

　　　　1.　　A settlement agreement ("Agreement") is in the process of being finalized. Once the Agreement is fully executed, and Plaintiff has received the consideration required pursuant to the Agreement, the parties will submit a Stipulation of Voluntary Dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

　　　　2.　　The parties respectfully request the Court provide that the parties may seek to reopen the matter for forty-five (45) days to assure that the Agreement is executed and that the settlement funds have cleared.

DATED: June 28, 2021

　　　　　　　　　　　　　　　　　　　　　**BARSHAY, RIZZO & LOPEZ, PLLC**

　　　　　　　　　　　　　　　　　　　　　By:　s/ *David M. Barshay*
　　　　　　　　　　　　　　　　　　　　　David M. Barshay, Esquire
　　　　　　　　　　　　　　　　　　　　　445 Broadhollow Road | Suite CL18
　　　　　　　　　　　　　　　　　　　　　Melville, New York 11747
　　　　　　　　　　　　　　　　　　　　　Tel: (631) 210-7272
　　　　　　　　　　　　　　　　　　　　　Fax: (516) 706-5055
　　　　　　　　　　　　　　　　　　　　　Our File No.: BRL21148
　　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff*